✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF     MASSACHUSETTS

UNITED STATES
V.
ADAM ELLARD, ET AL

**EXHIBIT AND WITNESS LIST**

Case Number:  04-817-MBB

| PRESIDING JUDGE BOWLER | PLAINTIFF'S ATTORNEY M. PELGRO, D. TOBIN | DEFENDANT'S ATTORNEY COVIELLO, FRIED, COX, FEINBERG, |
|---|---|---|
| TRIAL DATE (S) 4/26/04 | COURT REPORTER DIGITAL | COURTROOM DEPUTY SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 4/26/04 | | | SPC. AGENT STEVEN C.  STORY; D.E.A.; for the Government |
| 1 | | 4/26/04 | X | X | Affidavit of Agent Story |
| | A | 4/26/04 | X | X | Diagram |
| 2 | | 4/26/04 | X | X | Columbia N.J. Police report as to Deft. Tavon Robinson |
| 3 | | 4/26/04 | X | X | Criminal Complaint from the Commonwealth of MA as to Deft. Norman Barnes |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.