SCANNED

DATE: 10-13-04

BY: CMG

**UNITED STATES DISTRICT COURT**
**COMMONWEALTH OF MASSACHUSETTS**

FILED

2004 OCT 12 P 4:45

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES OF AMERICA )
)
v. )  DOCKET NO. 04 CR 10168 PBS
)
Willie Hester )

### MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY

NOW COMES the Defendant, __Willie Hester__, in the above matter, and moves this Honorable Court to dismiss my appointed attorney and to appoint a new attorney to represent my interests.

The reasons that I make this request are:

(✓)  Disagreement on strategy;

(✓)  Failure to obtain a bail appeal;

(✓)  Lack of understanding between me and my attorney;

(✓)  Failure to present my best interests;

(✓)  Other:

I've spoken to Ms. Fried on many occasions and seem to have not agreed on any strategy concerning my case.

Respectfully submitted,

_Willie Hester_, Pro Se
26 Long Pond Road
Plymouth, MA 02360

Dated: 10/5/04