# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

---

UNITED STATES OF AMERICA

    v.

WILLIE HESTER

CR. NO. 04-10168-PBS

### *NOTICE*

October 27, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **hearing** at **2:30 p.m., Thursday, November 4, 2004** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

---

                                              **MARIANNE B. BOWLER**
                                              Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**