UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.  CRIMINAL NO.   04-10168-PBS

WILLIE HESTER
        Defendant

## MEMORANDUM OF SENTENCING HEARING
## AND
## REPORT OF STATEMENT OF REASONS

**Saris, D.J.**

Counsel and the defendant were present for sentencing hearing on 3/21/05. The Court has considered the factors set forth in 18 U.S.C. §3553(a), including the sentencing guidelines. The reasons for sentence were stated in open court.

1. (a)   Were all factual statements contained in the Presentence Report (PSR) adopted without objection?

        _____ yes    __X__ no

   (b)   If no to (a) the PSR was adopted in part with the exception of the following factual issues in dispute:

   2.    Are any legal issues in dispute?

        __X__ yes    _____ no

        If yes, describe disputed issues and their resolution:

THE GOVERNMENT OBJECTS TO DEFENDANT'S ROLE IN THE OFFENSE. I AGREE WITH THE PSR. DEFENDANT OBJECTS TO ¶62 THAT HE WAS IN CONSTRUCTIVE POSSESSION OF A GUN. I AGREE WITH DEFENDANT.

   2. (a)   Tentative findings as to advisory guidelines are:

        Total Offense Level: _____12_____

        Criminal History Category:_____II_____

           __12__ to __18__ months imprisonment

    __36__ to __60__ months supervised release

$__3,000__ to $__2 MILLION__ fine

(plus $_____ cost of imprisonment/supervision)

$_____ restitution

$__200.00__ special assessment ($_____ on each of counts _____)

(b) Are there any legal objections to tentative findings?

    __X__ yes  ____ no

3.(a) Remarks by counsel for defendant.[1]

    __X__ yes  ____ no

(b) Defendant speaks on own behalf.

    __X__ yes  ____ no

(c) Remarks by counsel for government.

    __X__ yes  ____ no

4.(a) The sentence will be imposed as follows:

    __15__ months imprisonment

    _____ months/intermittent community confinement

    _____ months probation

    __36__ months supervised release

$ __NONE__ fine (including cost of imprisonment/supervision)

$_____ restitution

$ __200.00__ special assessment ($_____ on each of counts _____)

Other provisions of sentence: (community service, forfeiture, etc.):

- MENTAL HEALTH COUNSELING AND TREATMENT, INCLUDING INPATIENT TREATMENT, IF NECESSARY
- GET A G.E.D
- PROCURE A JOB

---

[1] The order of argument and/or recommendation and allocution may be altered to accord with the Court's practice.

      (b)    After imposing sentence, the Court has advised the defendant of the defendant's right to appeal within 10 days of the entry of judgment in accordance with FRCrP 32(a)(2).

5.    Statement of reasons for imposing sentence.
      Check appropriate space.

(a) _X_ Sentence is within the advisory guideline range

(b) ___ Sentence departs from the advisory guideline range as a result of:

    ___ substantial cooperation upon motion of the government

OR

    ___ a finding that the following (aggravating or mitigating) circumstance exists that is of a kind or degree not adequately taken into consideration by the Sentencing Commission in formulating the guidelines and that this circumstance should result in a sentence different from that described by the guidelines for the following reasons:

6.(a) Is the sentence under the advisory sentencing guidelines reasonable in light of the factors set forth in 18 U.S.C. §3553(a)


     _X_ yes    ____ no

(b)    If no, why is the guideline sentence unreasonable?

(c)    Is restitution applicable in this case?


     ____ yes    _X_ no

Is full restitution imposed?

     ____ yes    ____ no

If no, less than full restitution is imposed for the following reasons:

(d)    Is a fine applicable in this case?

     _X_ yes    ____ no

3

       Is the fine within the guidelines imposed?

              \_\_\_\_\_ yes     **X** no

       If no, the fine is not within guidelines or no fine is imposed for the following reasons:

  **X** Defendant is not able, and even with the use of a reasonable installment schedule is not likely to become able, to pay all or part of the required fine; OR

  \_\_\_ Imposition of a fine would unduly burden the defendant's dependents; OR

  \_\_\_ Other reasons as follows:

7. Was a plea agreement submitted in this case?

              \_\_\_\_\_ yes     **X** no

8. The PSR is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S. Probation Department under seal unless required for appeal.

9. Judgment will be prepared by the clerk in accordance with above.

10. The clerk will provide this Memorandum of Sentencing Hearing And Report on Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.

_____                            S/PATTI B. SARIS
Date                                    United States District Judge