Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Willie Hester  **Case Number:** 1:04-CR-10168-002-PBS

**Name of Sentencing Judicial Officer:** Honorable Patti B. Saris, U.S. District Judge

**Date of Original Sentence:** March 21, 2005

**Original Offense:** Ct. 1: Conspiracy to Possess with Intent to Distribute Cocaine, 21 U.S.C. § 846
Ct. 2: Possession with Intent to Distribute Cocaine and Distribution of Cocaine, 21 U.S.C. § 841(a)(1)
Ct. 3: Aiding & Abetting, 18 U.S.C. § 2

**Original Sentence:** 15 months Bureau of Prisons, 36 months Supervised Release

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** May 16, 2005

---

## PETITIONING THE COURT

[ ]  To extend the term of supervision for years, for a total term of years
[X]  To modify the conditions of supervision as follows:

**The defendant is to reside for a period of four (4) months in a Community Corrections Center and shall observe the rules of that facility.**

**The defendant is to adhere to a daily curfew of 7:00 p.m. and shall remain at the appointed shelter while awaiting placement at the Community Corrections Center.**

### CAUSE

On January 3, 2007, Mr. Hester contacted USPO Lee to advise that he and his wife were separated and that he would be residing in Dorchester, MA while his wife and children remained at the shelter in Holyoke, MA. Mr. Hester and his family had been residing at A Family Place Shelter located in Holyoke, MA, since November 2006. When questioned about his employment in the Holyoke, MA area, Mr. Hester indicated that he had not been to work since he was involved in a motor vehicle accident on December 19, 2005. Mr. Hester had not notified USPO Lee of the accident nor the fact that he was no longer working and was instructed to report to the Probation Department and bring a copy of the accident report.

Mr. Hester reported on January 5, 2007, as instructed by USPO Lee and submitted a urine screen that was positive for THC. Mr. Hester admitted to smoking a marijuana cigarette on New Years Eve. He advised that he and his wife had a verbal altercation as a result of him having stayed out all night on December 30, 2006. Mr. Hester reported that the couple traveled to the Boston area to pick up his daughter from her biological father and

Prob 12B                                     - 2 -                        **Request for Modifying the
                                                                          Conditions or Terms of Supervision
                                                                          with Consent of the Offender**

were scheduled to return the same day. Mr. Hester, however, met up with friends and proceeded to stay out overnight with them while his wife and children remained at his cousin's house waiting for him to return. Mr. Hester refused to come out of his friend's house the next day when he wife arrived to get him to return to Holyoke. Mrs. Hester ended up leaving without her husband and she and the children returned to the shelter in Holyoke, MA. Mr. Hester advised that he returned to the shelter with his family on January 4, 2007, and that he his wife would be attending counseling provided by the shelter.

Mr. Hester denied the need for substance abuse counseling as a result of his positive for THC. He was immediately placed on the random urinalysis color code program and has continued to test negative for illicit substances. Following a lengthy discussion with Mr. Hester regarding his overall status, a determination was made that he would be allowed the to remain with his family, provided that he attended counseling sessions provided by the shelter and secured employment within thirty days. In the event that Mr. Hester failed to get his life on track within the thirty day time frame, he agreed to a modification of his conditions of release requiring him to spend four months in a Community Corrections Center which would be secured in his file.

On January 22, 2007, Mr. Hester contacted USPO Lee via telephone to advise that he had been involved in a car accident in the Boston area. Mr. Hester had previously been warned about frequenting the Boston area, since he and his family seem to have difficulty every time they are there. He advised USPO Lee that he was there to pick up his children from their grandmother and to return to Holyoke, MA. Mr. Hester indicated that on January 21, 2007, a woman pulled out in front of him and he hit her in the rear end of her vehicle. He indicated that they both pulled over, however, when he got out of the car to retrieve her information, she took off. Mr. Hester advised that he had a copy of the police report and that he would bring it into USPO Lee.

On January 23, 2007, Mr. Hester submitted the requested Incident Report. According to the report, Mr. Hester was charged with Leaving the Scene of Personal Injury on January 21, 2007. On that date at 2:27 a.m., officers responded to a call for a motor vehicle accident at Seaver Street and Park View Street, Roxbury, MA. Found on the scene was the grill from the front of Mr. Hester's vehicle and a broadcast went out for a dark colored Volkswagen with front end damage. Mr. Hester was observed later operating his black Volkswagen with heavy front end damage and was stopped. Mr. Hester reported to officers that he was cut off by another vehicle causing him to hit that vehicle and that the operator of the vehicle had left the scene. The second vehicle involved in the accident was located at Walnut and Harisshof Streets. The vehicle was parked with the operator slumped over the steering wheel. The other operator advised officers that a black Volkswagen rear ended him at a high rate of speed while he was double parked at Seaver and Park View Streets. The operator indicated to officers that the operator of the Volkswagen was racing with another vehicle when it struck him from behind and left the scene. The operator advised that he proceeded to follow the Volkswagen in an attempt to get the information, however, began to feel severe pain in his neck and head, and thus ended his attempt. The operator was transported to Boston Medical Center. The operator's car was towed to a lot for safe keeping and Mr. Hester's vehicle was towed as a result of the extensive front end damage. Mr. Hester was placed into custody and later released.

On January 24, 2007, USPO Lee met with Mr. Hester to discuss the details of the motor vehicle incident. Mr. Hester was advised that his failure to report being arrested was a direct violation of his conditions of release. He was also advised that what was equally concerning to the Probation Department was the safety of the community, as well has his safety, given the details of his recent motor vehicle incident. Mr. Hester was

Prob 12B                              - 3 -                    **Request for Modifying the**
                                                               **Conditions or Terms of Supervision**
                                                               **with Consent of the Offender**

advised that he also failed to disclose that there was an injured party and that the accident occurred at 2:00 a.m., when he initially reported that he was in Boston area to pick up his children. Mr. Hester's wife nor child were in the vehicle with him at the time of the incident. He was advised at that time that an Administrative Hearing would be scheduled so that a determination can be made at to what would be the best course at this time.

On January 30, 2007, an Administrative Hearing was held with Mr. Hester, Supervising USPO Howarth and USPO Lee. The purpose of this hearing was to address Mr. Hester's positive urine screen for marijuana, failure to notify USPO Lee of having been arrested and not being truthful about the details of his leaving the scene of a personal injury accident. Mr. Hester was advised that the waiver to modify his conditions of release would now be enacted, given his current status. He and his wife have returned to a Boston area shelter. Mr. Hester has been advised that he is allowed to seek employment, however, must adhere to a 7:00 p.m. curfew, in effort to provide safety to the community, as well as himself, while awaiting placement at the Community Corrections Center. He has signed the attached waiver agreeing to the modification.

The proposed modification addresses Mr. Hester's marijuana use as well as his failure to notify USPO Lee of his arrest on January 21, 2007. As to the Leaving the Scene of Personal Injury charge, the Probation Department believes that Mr. Hester should be allowed due process and will address the matter once the charges have been disposed of in the District Court.

Reviewed/Approved by:                              Respectfully submitted,

_[signature]_                              By     _[signature]_
Alicia Howarth                                     Rachelle Lee
Supervising U.S. Probation Officer                 U.S. Probation Officer
                                                   Date: February 6, 2007

---

**THE COURT ORDERS**
[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_[signature]_
Signature of Judicial Officer

2/12/07
Date

_I am concerned that he was driving under the influence of marijuana. Accordingly, he should have a curfew until USPO is satisfied he is substance free/responsible._