AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

UNITED STATES OF AMERICA

V.

WILLIE HESTER

**WARRANT FOR ARREST**

Case Number: 04-CR-10168-002-PBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **WILLIE HESTER**
                                                                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   X Violation     ☐ Probation Violation Petition

charging him or her     (brief description of offense)

Violation of Conditions of Supervised Release

in violation of     18     United States Code, Section(s)     3606

Patti B. Saris, U.S.D.J.     by /s/ Robert C. Alba
Name of Issuing Officer

/s/ Robert C. Alba
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

May 16, 2007, at Boston, Massachusetts
Date and Location

Bail fixed at $ _____ by _____
                                                                 Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

WARRANT EXECUTED BY Boston PD

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |