AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

United States
V.
Willie Hester

**EXHIBIT AND WITNESS LIST**

Case Number: 04-CR-10168-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | David Tobin | Syrie Fried |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/13/07 | Lee Marzilli | Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 6/13/07 |  | X | Boston Police Report 1/21/07 |
| 2 |  | 6/13/07 |  | X | US Probation Waiver of Hearing form |
|  | 1 | 6/13/07 |  | X | US Probation Request for Modification of Supervised Release form |
| 3 |  | 6/13/07 |  | X | Coolidge House incident report |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages