✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF　　　Massachusetts

| United States V. Willie Hester | **EXHIBIT AND WITNESS LIST** Case Number: 04-CR-10168-PBS |
|---|---|

| PRESIDING JUDGE Patti B. Saris | PLAINTIFF'S ATTORNEY David Tobin | DEFENDANT'S ATTORNEY Syrie Fried |
|---|---|---|
| TRIAL DATE (S) 6/13/07 | COURT REPORTER Lee Marzilli | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |   | 6/13/07 |   |   | Rachelle Lee |
| 2 |   | 6/13/07 |   |   | Alicia Howarth |
|   | 1 | 6/13/07 |   |   | Willie Hester |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages