Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Willie Hester                                   **Case Number:** 04-10168

**Name of Sentencing Judicial Officer:** Honorable Patti B. Saris, U.S. District Judge

**Date of Original Sentence:** 3/21/05
**Date of Revocation Sentence:** 6/18/07

**Original Offense:** Conspiracy to Possess with Intent to Distribute Cocaine, in violation of 21 U.S.C. § 846; Possession with Intent to Distribute Cocaine and Distribution of Cocaine, in violation of 21 U.S.C. § 841(a)(1) and Aiding & Abetting, in violation of 18 U.S.C. § 2.

**Original Sentence:** 15 months' custody, with 3 years' supervised release
**Revocation Sentence:** Time served (26 days), term of supervised release to expire on 5/11/08

**Type of Supervision:** Supervised Release              **Date Supervision Commenced:** 5/16/05
                                                         **Date 2nd Term Commenced:** 6/18/07

---

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**      **Nature of Noncompliance**

I                         **Violation of Mandatory Condition of Release:** While on supervised release, the defendant shall not commit another federal, state or local crime.

                          According to a Boston Police Department report, on 7/21/07, the defendant was arrested for Operating After Suspension. The defendant was later charged in the Dorchester District Court with the same and this case remains outstanding.

                          Also according to a Boston Police Department report, on 8/4/07, the defendant was arrested for Assault and Battery with a Dangerous Weapon (Knife). The police were called to the defendant's residence following an altercation between the defendant's sister and sister-in-law. The defendant's sister-in-law later reported to the police that the defendant put a knife to her throat in an effort to break up the fight.

U.S. Probation Officer Action:

The defendant appropriately reported both arrests to the Probation Office and has since followed all of the directives of this office. The Probation Office wishes to notify the Court of these matters and requests that the Court allow

Prob 12A                                  - 2 -                              **Report on Offender**
                                                                              **Under Supervision**

the Probation Office to monitor this situation for further action.

Reviewed/Approved by:                                  Respectfully submitted,

_____           By    _____
Jonathan Hurtig                                         Michelle K. Roberts
Supervising U.S. Probation Officer                      U.S. Probation Officer
                                                        Date: 9/4/07

[✓] Approved
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[✓]   Other

Bring him in on
Summons and
give me police
reports

_____
Signature of Judicial Officer

9/7/07
_____
Date