✎AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>WILLIE HESTER<br>688 WALK HILL STREET<br>APT. 1<br>MATTAPAN, MA 02126<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   04-CR-10168-PBS |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>One Courthouse Way<br>Boston, Massachusetts | Room<br>Courtroom # 19, 7th Floor |
|---|---|
| | Date and Time<br>October 3, 2007, at 2:00 PM |
| Before:   The Honorable Patti B. Saris, U.S.D.J. | |

To answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   X  Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title   18   United States Code, Section(s)   3606

Brief description of offense:

Violation of Conditions of Supervised Release.

_____   September 7, 2007
Signature of Issuing Officer                                Date

/s/ Robert C. Alba, Deputy Clerk
Name and Title of Issuing Officer