AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

WILLIE HESTER

**WARRANT FOR ARREST**

Case Number: 04-CR-10168-PBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ WILLIE HESTER _____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  X Violation  ☐ Probation Violation Petition

charging him or her       (brief description of offense)

Violation of Conditions of Supervised Release

[Stamp: 2008 MAY 15 P 3:33  U.S. MARSHAL SERVICE BOSTON, MA]

in violation of _____ 18 _____ United States Code, Section(s) _____ 3606 _____

Patti B. Saris, U.S.D.J.    by /s/ Robert C. Alba
Name of Issuing Officer

[Signature: Robert C. Alba]
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

May 15, 2008, at Boston, Massachusetts
Date and Location

Bail fixed at $ _____ by _____
                                      Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

AT USMS BOSTON MA - SELF SURRENDER

| DATE RECEIVED 5-15-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5-19-08 | JEFF CHRISOU CIDUSM | [Signature: Jeff Chrst] |